

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JRS
F. #2018R02161

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 3, 2025

<u>By ECF</u>

The Honorable Natasha C. Merle
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<div align="center">

Re:    United States v. Karl Cronin
<u>Criminal Docket No. 24-303 (NCM)</u>

</div>

Dear Judge Merle:

   In accordance with the Court's order at the May 8, 2025 status conference, the parties respectfully submit this joint status report.  The defendant has accepted the government's proposed plea agreement.  Accordingly, the parties respectfully request that the Court schedule a change of plea proceeding.

<div align="right" style="width:60%;margin-left:40%">

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ James R. Simmons
James R. Simmons
Assistant U.S. Attorney
(718) 254-7511

</div>

cc:    Clerk of Court (NCM) (by Email and ECF)
   Counsel of Record (by Email and ECF)