UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,                    FINAL ORDER OF FORFEITURE

    - against -                                   24-CR-303 (NCM)

KARL CRONIN,
    also known as "Karl O'Connor,"

                Defendant.

– – – – – – – – – – – – – – – – –X

        WHEREAS, on or about June 11, 2025, Karl Cronin, also known as "Karl O'Connor" (the "defendant"), entered a plea of guilty to the Sole Count of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1956(h);

        WHEREAS, on June 26, 2025, this Court entered an Order of Forfeiture, providing for the entry of a forfeiture money judgment in the amount of seventy thousand four hundred thirty-five dollars and zero cents ($70,435.00) (Docket No. 40);

        WHEREAS, on September 26, 2025, this Court entered an Amended Order of Forfeiture ("Amended Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of seventy thousand four hundred thirty-five dollars and zero cents ($70,435.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in following assets, all seized from the defendant on or about October 5, 2024, in Budapest, Hungary (collectively, the "Seized Currency"):

        (i)     approximately $9,900.00 in United States currency;

        (ii)    approximately 612,000.00 in Indonesian Rupiah; and

(iii)    approximately 760.00 in Thai Baht,

are forfeitable to the United States, pursuant to 18 U.S.C. § 982(a)(1), as any property, real or personal, involved in the defendant's violation of 18 U.S.C. § 1956(h), or any property traceable to such property, and/or substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) (Docket No. 45);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 6, 2025 through and including December 5, 2025 (Docket No. 53); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Currency and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(1) and 982(b)(1), and 21 U.S.C. § 853(p), and the Amended Order, all right, title, and interest in the Seized Currency and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America. The forfeiture of the Seized Currency shall be credited towards any outstanding balance of the Forfeiture Money Judgment.

IT IS FURTHER ORDERED that the U.S. Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Currency and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Amended Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Amended Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Alfred Pelargu, FSA Senior Law Clerk, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
      January 22
      _____, 2026

SO ORDERED:

        */s/ Natasha C. Merle*
        _____
        HONORABLE NATASHA C. MERLE
        UNITED STATES DISTRICT JUDGE
        EASTERN DISTRICT OF NEW YORK

---