**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 24-CR-303 (NCM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Karl Cronin, also know as "Karl O'Connor" | Final Order of Forfeiture |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 Cadman Plaza East, Brooklyn, New York 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH NOCELLA, JR. United States Attorney - Eastern District of New York<br>271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201<br>Attn: Michael J. Castiglione AUSA / Erik Hertel, ProMinds Records Examiner | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the Final Order of Forfeiture, dated January 22, 2026, please deposit checks in the total amount of $9,954.42 into the AFF.

Check # 11135 dated March 11, 2026 ($54.42 CATS ID# 25-FBI-006801); Check # 11134 dated March 11, 2026 ($9,900.00 CATS ID # 25-FBI-006802)

| Signature of Attorney other Originator requesting service on behalf of: *Michael J. Castiglione by AP* ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (718) 254-7533 | DATE 3/13/2026 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 3/13/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 3/16/26 | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

① 25-FBI-006801 = $54.42 deposited into AFF on 3/16/26

② 25-FBI-006802 = $9,900.00 deposited into AFF on 3/16/26.

1: 2024-CR-00303-1

Form USM-285
Rev. 03/21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

      - against -

KARL CRONIN,
      also known as "Karl O'Connor,"

           Defendant.

– – – – – – – – – – – – – – – –X

<u>FINAL ORDER OF FORFEITURE</u>

24-CR-303 (NCM)

WHEREAS, on or about June 11, 2025, Karl Cronin, also known as "Karl O'Connor" (the "defendant"), entered a plea of guilty to the Sole Count of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1956(h);

WHEREAS, on June 26, 2025, this Court entered an Order of Forfeiture, providing for the entry of a forfeiture money judgment in the amount of seventy thousand four hundred thirty-five dollars and zero cents ($70,435.00) (Docket No. 40);

WHEREAS, on September 26, 2025, this Court entered an Amended Order of Forfeiture ("Amended Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of seventy thousand four hundred thirty-five dollars and zero cents ($70,435.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in following assets, all seized from the defendant on or about October 5, 2024, in Budapest, Hungary (collectively, the "Seized Currency"):

      (i)     approximately $9,900.00 in United States currency;

      (ii)    approximately 612,000.00 in Indonesian Rupiah; and

(iii)    approximately 760.00 in Thai Baht,

are forfeitable to the United States, pursuant to 18 U.S.C. § 982(a)(1), as any property, real or

personal, involved in the defendant's violation of 18 U.S.C. § 1956(h), or any property

traceable to such property, and/or substitute assets, pursuant to 21 U.S.C. § 853(p), as

incorporated by 18 U.S.C. § 982(b)(1) (Docket No. 45);

WHEREAS, legal notice of the forfeiture was published in this district on the

official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning

November 6, 2025 through and including December 5, 2025 (Docket No. 53); and

WHEREAS, no third party has filed with the Court any petition or claim in

connection with the Seized Currency and the time to do so under 21 U.S.C. § 853(n)(2) has

expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED, that pursuant to 18 U.S.C. §§ 982(a)(1) and 982(b)(1), and 21 U.S.C. § 853(p),

and the Amended Order, all right, title, and interest in the Seized Currency and any payments

towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the

United States of America. The forfeiture of the Seized Currency shall be credited towards

any outstanding balance of the Forfeiture Money Judgment.

IT IS FURTHER ORDERED that the U.S. Marshals Service, or its duly

authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized

Currency and any and all other payments towards the Forfeiture Money Judgment in

accordance with all applicable laws and regulations.

---

*United States v. Karl Cronin*, 24-CR-303 (NCM)
Final Order of Forfeiture                                                                              Page 2

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Amended Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Amended Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Alfred Pelargu, FSA Senior Law Clerk, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
_____January 22_____, 2026

SO ORDERED:


_____/s/ Natasha C. Merle_____
HONORABLE NATASHA C. MERLE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

---

*United States v. Karl Cronin*, 24-CR-303 (NCM)
Final Order of Forfeiture                                          Page 3